No. 11–9387. FOWLER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–9393. ALCALA-VALADEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–9398. ANDRE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–9407. CHAVEZ-GONZALEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–9411. KNIGHT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–9414. TAYLOR *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–9415. VANCE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–9416. VAUGHN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–9417. RODRIGUEZ-BERMUDEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–9419. YOUNG *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–9439. ALLEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–421. ABDAH ET AL. *v.* OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–674. SKILLING *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.